# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140669 & (71)

In re ELMER M. DOBSON TRUST.
_____/

DANIEL W. DOBSON and STEVEN M. DOBSON,
      Petitioners-Appellees,

v

SOUTHERN MICHIGAN BANK & TRUST,
      Respondent-Appellee,

and

AUTUMN L. IVEY and CHARITY IVEY
TAYLOR,
      Respondents-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140669
COA: 285248
Branch PC: 06-032131-TV

On order of the Court, the application for leave to appeal the January 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for sanctions is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

p0621

_____
Clerk